# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 24, 2006
D-158

No. __04-4722__

UNITED STATES OF AMERICA
v.
ERNEST JOSEPH OEHM, Appellant
(W.D. (Erie) of PA. Criminal No. 04-cr-00026-1E)

**Present:** FUENTES, VAN ANTWERPEN & CHAGARES

Motion by Appellant for summary affirmance pursuant to LAR 27.4.

                                              /s/ Anthony Infante/tmk
                                              Anthony Infante
                                              Case Manager      267-299-4916

**Briefing is Stayed pending disposition of the motion for summary affirmance.**

**Response to Motion due 8/21/06.**

_____ O R D E R _____

**The foregoing** motion by Appellant for summary affirmance is granted and the judgment of the District Court is affirmed.

By the Court,

                                             */s/ Franklin S. Van Antwerpen*
                                             **Circuit Judge**

Dated:   September 5, 2006
LML/cc:  Karen S. Gerlach, Esq.
        Christine A. Sarmer, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on _____
A True Copy:

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit
Marcia M. Waldron, Clerk