Defendant: Ernest Joseph Oehm  
Case Number: 04-26 Erie

Judgment--Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 10 months. The term of imprisonment imposed by this judgment shall run consecutive to the term of imprisonment imposed by Forest County Court of Common Pleas Docket Nos. 80 and 81 of 2003.

__ The Court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.
__ The defendant shall surrender to the United States Marshal for this district,

   __ at __ on __.

   __ as notified by the Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   __ before 2 p.m. on __.
   __ as notified by the United States Marshal.
   __ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on 6/11/07 to MCK (McKean)

_____ at _____

with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal